UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:19-cv-01396-JLS (JDEx)                    Date: December 17, 2019
Title:  James Zarian v. SK Magnolia Holdings Group LLC, et al.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

         Terry Guerrero                                         N/A
         Deputy Clerk                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

              Not Present                                 Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER TO SHOW CAUSE ("OSC")
                 REGARDING JOINT STATUS REPORT**

        On September 16, 2019, the Court issued an Order Granting Application for Stay
and Early Mediation: ADA Disability Access Litigation that directed the parties to file a
Joint Status Report no later than 7 days after completion of the ADR mediation. (*See*
Doc. 14). To date, the Court has not received a Joint Status Report filed by the parties.


        Accordingly, counsel is hereby ordered to show cause in writing no later than
**December 24, 2019**, why this case should not be dismissed and/or issue sanctions for
failure to comply with this Court's order. The Court will consider either the filing of a
Notice of Settlement or a Stipulation of Dismissal, on or before the date upon which the
response is due as a satisfactory response to the Order to Show Cause.




                                                    Initials of Preparer:  tg